**No. 09-8155. Broderick White, Petitioner v. State Farm Insurance Company.**

559 U.S. 1059, 130 S. Ct. 2369, 176 L. Ed. 2d 579, 2010 U.S. LEXIS 3024.

April 5, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 976, 130 S. Ct. 1694, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2067.